**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

APR 16 2008

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| JONATHAN LEE RICHES,<br><br>      Plaintiff - Appellant,<br>v.<br>WARREN JEFFS,<br><br>      Defendant - Appellee. | No. 08-15171<br><br>D.C. No. CV-07-05975-MJJ<br>Northern District of California,<br>San Francisco |
| JONATHAN LEE RICHES,<br><br>      Plaintiff - Appellant,<br>v.<br>BILL PARCELLS,<br><br>      Defendant - Appellee. | No. 08-15183<br><br>D.C. No. CV-07-01891-LJO/GSA<br>Eastern District of California,<br>Fresno |
| JONATHAN LEE RICHES,<br><br>      Plaintiff - Appellant,<br>v.<br>DENZEL WASHINGTON; et al.,<br><br>      Defendants - Appellees. | No. 08-15184<br><br>D.C. No. CV-07-05867-MJJ<br>Northern District of California,<br>San Francisco<br><br>ORDER |

JLC/Pro Se

| | |
|---|---|
| JONATHAN LEE RICHES,<br><br>    Plaintiff - Appellant,<br>v.<br><br>LUTE OLSON, Arizona Wildcats Head Coach; et al.,<br><br>    Defendants - Appellees. | No. 08-15185<br><br>D.C. No. CV-07-01886-AWI/DLB<br>Eastern District of California,<br>Fresno |
| JONATHAN LEE RICHES,<br><br>    Plaintiff - Appellant,<br>v.<br><br>VLADIMIR PUTIN, President of Russia; et al.,<br><br>    Defendants - Appellees. | No. 08-15186<br><br>D.C. No. CV-07-05877-MJJ<br>Northern District of California,<br>San Francisco |
| JONATHAN LEE RICHES,<br><br>    Plaintiff - Appellant,<br>v.<br><br>FREECREDITREPORT.COM,<br><br>    Defendant - Appellee. | No. 08-15187<br><br>D.C. No. CV-07-01885-LJO/DLB<br>Eastern District of California,<br>Fresno |

| | |
|---|---|
| JONATHAN LEE RICHES,<br><br>        Plaintiff - Appellant,<br>v.<br><br>MEL GIBSON; et al.,<br><br>        Defendants - Appellees. | No. 08-15188<br><br>D.C. No. CV-07-01884-LJO/GSA<br>Eastern District of California,<br>Fresno |
| JONATHAN LEE RICHES,<br><br>        Plaintiff - Appellant,<br>v.<br><br>DAN RATHER, CBS Former Evening News Anchor; et al.,<br><br>        Defendants - Appellees. | No. 08-15189<br><br>D.C. No. CV-07-01523-LJO/GSA<br>Eastern District of California,<br>Fresno |
| JONATHAN LEE RICHES,<br><br>        Plaintiff - Appellant,<br>v.<br><br>MINE RESISTANT AMBUSH PROTECTED VEHICLES,<br><br>        Defendant - Appellee. | No. 08-15190<br><br>D.C. No. CV-07-01888-LJO/SMS<br>Eastern District of California,<br>Fresno |

| | |
|---|---|
| JONATHAN LEE RICHES,<br><br>    Plaintiff - Appellant,<br>v.<br><br>EXXON VALDEZ; et al.,<br><br>    Defendant - Appellee. | No. 08-15193<br><br>D.C. No. CV-07-05871-MJJ<br>Northern District of California,<br>San Francisco |
| JONATHAN LEE RICHES,<br><br>    Plaintiff - Appellant,<br>v.<br><br>COUNTRYWIDE HOME LOANS INC.,<br><br>    Defendant - Appellee. | No. 08-15194<br><br>D.C. No. CV-07-05421-MJJ<br>Northern District of California,<br>San Francisco |
| JONATHAN LEE RICHES,<br><br>    Plaintiff - Appellant,<br>v.<br><br>ORACLE CORP.; et al.,<br><br>    Defendants - Appellees. | No. 08-15276<br><br>D.C. No. CV-07-05864-MJJ<br>Northern District of California,<br>San Francisco |

| | |
|---|---|
| JONATHAN LEE RICHES,<br><br>          Plaintiff - Appellant,<br>v.<br><br>TIMBALAND; et al.,<br><br>          Defendants - Appellees. | No. 08-15285<br><br>D.C. No. CV-07-05873-MJJ<br>Northern District of California,<br>San Francisco |
| JONATHAN LEE RICHES,<br><br>          Plaintiff - Appellant,<br>v.<br><br>GOLDEN STATE WARRIORS; et al.,<br><br>          Defendants - Appellees. | No. 08-15286<br><br>D.C. No. CV-07-05979-MJJ<br>Northern District of California,<br>San Francisco<br><br>ORDER |

A review of the files in these appeals reveals that appellant has failed to perfect the appeals as prescribed by the Federal Rules of Appellate Procedure.

Pursuant to Ninth Circuit Rule 42-1, these appeals are dismissed for failure to pay the docketing/filing fees in these cases.

A copy of this order shall act as and for the mandate of this court.

          For the Court:

          MOLLY C. DWYER<br>
          Clerk of the Court

          Jeffery L. Crocker<br>
          Deputy Clerk<br>
          Ninth Cir. R. 27-7

| | |
|---|---|
| JONATHAN LEE RICHES (−: 40948−018)<br>    Plaintiff − Appellant | Jonathan Lee Riches<br>[NTC Pro Se]<br>FCIW − FEDERAL CORRECTIONAL INSTITUTION<br>(WILLIAMSBURG)<br>P.O. Box 340<br>Salters, SC 29590−0000 |
| v. | |
| WARREN JEFFS<br>    Defendant − Appellee | No appearance, Esq.<br>no appearance<br>Street Address<br>City, 00000−0000<br>Country |