**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**
———————
www.cand.uscourts.gov

Richard W. Wieking                                                      General Court Number
Clerk                                                                             415.522.2000

April 23, 2008

CASE NUMBER:   **CV 07-05867 MJJ**
CASE TITLE:   **JONATHAN LEE RICHES-v- DENZEL WASHINGTON**
DATE MANDATE FILED:   4/21/08

TO COUNSEL OF RECORD:

The mandate of the United States Court of Appeals for the Ninth Circuit has  been filed

in the above captioned case.

Sincerely,

RICHARD W. WIEKING, Clerk

by:  Sheila Rash
Case Systems Administrator

Distribution:   CIVIL          -          Counsel of Record

CRIMINAL    -          Counsel of Record
                                            U.S. Marshal (Copy of Mandate)
                                            U.S. Probation Office

NDC App-16